ACCEPTED
03-16-00509-CV
12922272
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 12:38:15 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00509

IN THE THIRD DISTRICT COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 12:38:15 PM
JEFFREY D. KYLE
Clerk

MICHAEL TREJO,

*Appellant*

v.

EUGENIA MORALES,

*Appellee*

From the 353rd Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-FM-16-003566

## APPELLANT'S MOTION TO SUSPEND

**NOW COMES** Appellant, Michael Trejo, and files this Motion to Suspend and shows the Court:

### I.

Appellant requests abatement because the Appellant and Appelle continue in litigation in a Suit Affecting Parent-Child Relationship (SAPCR) involving the same child and the same issues. Michael Trejo, Appellant, filed a SAPCR in Cause No. D-1-FM-16-003566, in which both parties are involved. The outcome of the SAPCR may affect the outcome of this case.

### II.

Respondent attaches an affidavit in support of the allegations herein and incorporates same by reference hereto.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays this Court will suspend this suit for the grounds specified herein until the final order in the aforementioned SAPCR is entered, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____

George C. Lobb, Esq.
Texas Bar No. 24042928
Email: admin@lobblaw.com
1108 Lavaca Street #110242
AUSTIN, TX 78701
Tel. (512) 215-6011
Fax. (512) 425-0877
Attorney for Appellant
Michael Trejo

NO. 03-16-00509

IN THE THIRD DISTRICT COURT OF APPEALS
AT AUSTIN, TEXAS

MICHAEL TREJO,

*Appellant*

v.

EUGENIA MORALES,

*Appellee*

From the 353rd Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-FM-16-003566

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Michael Trejo, who being duly sworn, deposed as follows:

"My name is Michael Trejo. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Appellant's Motion to Suspend. I hereby swear that the statements in support of Appellant's Motion to Suspend are true and correct."

_____
Michael Trejo

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 27th day of August 2016 by

_Michael Trejo_ .

_____
Notary Public, State of Texas

JACK DELUNA
Notary Public, State of Texas
My Commission Expires
November 12, 2018

## CERTIFICATE OF CONFERENCE

On August 29, 2016, I conference with Hilary Riley, Assistant County Attorney for the Travis County Attorney's Office and she does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on _September 27, 2016_ , a true and correct copy of Appellant's Motion to Suspend was served by fax on the Travis County Attorney to 512-854-9316.

George C. Lobb, Esq.

## NO. 03-16-00509

### IN THE THIRD DISTRICT COURT OF APPEALS
### AT AUSTIN, TEXAS

MICHAEL TREJO,

*Appellant*

v.

EUGENIA MORALES,

*Appellee*

From the 353rd Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-FM-16-003566

## AFFIDAVIT IN SUPPORT OF
## APPELLANT'S MOTION TO SUSPEND

BEFORE ME, the undersigned authority, personally appeared George C. Lobb,

who being duly sworn, deposed as follows:

My name is _George C Lobb_. I am at least 18 years of age and of

sound mind. I am personally acquainted with the facts alleged herein.

_George C Lobb_, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of September by George C. Lobb.

JACK DELUNA
Notary Public, State of Texas
My Commission Expires
November 12, 2018



Notary Public, State of Texas

## IN THE THIRD DISTRICT COURT OF APPEALS
### AT AUSTIN, TEXAS

MICHAEL TREJO,

*Appellant*

v.

EUGENIA MORALES,

*Appellee*

From the 353rd Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-FM-16-003566

## ORDER ON
## APPELLANT'S MOTION TO SUSPEND

On _____, 2016, the Court heard the Appellant's Motion to Suspend

and the Appellant's response thereto. After due consideration of the Motion, the response, and

the arguments of counsel, this Court is of the opinion that such Motion should be **SUSTAINED**.

The Court finds the following:

A.      Both Appellant and Appellee continue in litigation in a Suit Affecting Parent-

Child Relationship (SAPCR) involving the same child and the same issues.

**IT IS, THEREFORE, ORDERED** that this cause is suspended until the final order in

the pending Suit Affecting Parent Child Relation is entered.

Signed on: _____, 2016.

_____

Presiding Judge

APPROVED AS TO FORM:

_____

George C. Lobb, Esq.
Attorney for Appellate, Michael Trejo
Email: admin@lobblaw.com
1108 Lavaca Street #110242
AUSTIN, TX 78701
Tel. (512) 215-6011
Fax. (512) 425-0877

# THE LAW OFFICE OF GEORGE C. LOBB

September 27, 2016

***E-file***
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

RE: Appellant's Motion to Suspend

     This office represents Michael Trejo in Cause No. D-1-FM-16-003566 and in the appellate case 03-16-00509. This letter is to inform the Court that Appellant will not file a brief yet because he seeks suspension of the appellate case while the SAPCR case is pending.

     Thank you for your time and attention in this matter.

                         Very truly yours,

                         George C. Lobb, Esq.

1108 LAVACA STREET #110-242                       TEL: 512-215-6011
AUSTIN, TX 78701                                FAX: 512-425-0877
INFO@LOBBLAW.COM                     WWW.LOBBLAW.COM